```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

EUNICE RANDOLPH,                )
                                )
          Plaintiff,            )
                                )
     v.                         )   No. 10 C 7602
                                )
NORTH STAR CAPITAL ACQUISITION, )
LLC, a Minnesota limited liability )
company, and NATIONAL MANAGEMENT )
RECOVERY CORP., a Florida       )
corporation                     )
          Defendants.           )

## MEMORANDUM ORDER

This Court's November 30, 2010 memorandum opinion and order dismissed this action for the same reason set out in its earlier dismissal of a like action in <u>Stewart v. The Brachfeld Law Group</u>, Case No. 10 C 7305, brought by the same law firm and asserting the same type of claim. This Court has just vacated its dismissal of the <u>Stewart</u> case, based on an aspect of the letter that counsel sent to his client there,[1] and the same consideration that has prompted the vacatur in <u>Stewart</u> applies here with equal force.

   Accordingly this Court sua sponte vacates its dismissal of the Complaint in this action as well. This vacatur (like the vacatur in <u>Stewart</u> is conditional, however: If Randolph's counsel does not direct this Court, on or before December 17, to

---

[1] Counsel has also provided a copy of that letter to this Court, in accordance with a directive that was included in the <u>Stewart</u> order of dismissal.

transfer this action to another judicial district, the order of dismissal will be reinstated.

                          _____
                          Milton I. Shadur
                          Senior United States District Judge

Date:    December 6, 2010